IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE DOUG RAMEY, JR., ) <br> AIS #169023, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TAHIR SIDDIQ, ) <br> ) <br> Defendant. ) | CASE NO. 2:16-CV-869-WKW |

## **ORDER**

On February 13, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 4.) Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 4) is ADOPTED; and

2. This case is DISMISSED without prejudice for Plaintiff's failure to pay the initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1)(A) as ordered by this court.

A final judgment will be entered separately.

DONE this 22nd day of March, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE